CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

MICHAEL F. ALBANESE #9421
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail:   michael.albanese@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 23-00086 JMS |
| | ) | |
| Plaintiff, | ) | STIPULATION TO AMEND |
| vs. | ) | DEFENDANT KERILYN |
| | ) | KELIINOI'S NAME IN |
| EDWARD CASPINO,         (01) | ) | INDICTMENT AND CAPTION |
| WILLIAM CASPINO,        (02) | ) | |
| LAVERN JOSEPH,          (03) | ) | |
| KERILYN KELIINOI,       (04) | ) | |
| HOWARD UNEBASAMI, and   (05) | ) | |
| FAUSTO ARAGON, JR.,     (06) | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**STIPULATION TO AMEND DEFENDANT KERILYN KELIINOI'S NAME
IN INDICTMENT AND CAPTION**

It is hereby stipulated and agreed by and between the undersigned parties as

follows:

    1.     Prior to Indictment, Defendant Kerilyn Keliinoi's name was legally changed to Kerilyn Caspino;

    2.     Kerilyn Caspino is the correct, current name of this defendant.

    3.     In order to accurately reflect this defendant's current name, the undersigned parties, with the authorization of this Court, hereby stipulate that wherever in said Indictment the defendant's name appears, it is amended to read: Kerilyn Caspino, formerly known as Kerilyn Keliinoi.  Further, the corrected name of Kerilyn Caspino should appear on all future pleadings to be filed with this Court.

    4.     The parties further stipulate that the Court's docket sheet and other records should also be amended to reflect the defendant's correct current name of Kerilyn Caspino.

//

//

//

//

//

//

//

//

5.    Apart from this name change, the allegations of the indictment concerning the offense conduct shall remain unchanged.

DATED:  July 15, 2024, at Honolulu, Hawaii.

CLARE E. CONNORS
United States Attorney
District of Hawaii

By /s/ Michael F. Albanese
    MICHAEL F. ALBANESE
    Assistant U.S. Attorney

/s/ Mark S. Kawata                                      /s/ William A. Harrison
MARK S. KAWATA                                    WILLIAM A. HARRISON
Attorney for Defendant                              Attorney for Defendant
    Kerilyn Keliinoi                                         Edward Caspino


/s/ Harlan Y. Kimura                                 /s/ Robert J. Christensen
HARLAN Y. KIMURA                              ROBERT J. CHRISTENSEN
Attorney for Defendant                              Attorney for Defendant
    Howard Unebasami                                    William Caspino


/s/ Michael J. Green                                   /s/ Richard H.S. Sing`
MICHAEL J. GREEN                               RICHARD H.S. SING
Attorney for Defendant                              Attorney for Defendant
    Fausto Aragon, Jr.                                      Lavern Joseph


APPROVED AND SO ORDERED.



/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge

*United States v. Edward Caspino, et al*, Cr. No. 23-00086 JMS – Stipulation to Amend Defendant Kerilyn Keliinoi's Name in Indictment and Caption