KENNETH M. SORENSON
Acting United States Attorney
District of Hawaii

MICHAEL F. ALBANESE #9421
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail:    michael.albanese@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  vs.<br><br>EDWARD CASPINO,    (1)<br><br>        Defendant. | CR. NO. 23-00086 JMS (1)<br><br>GOVERNMENT'S SENTENCING STATEMENT; CERTIFICATE OF SERVICE<br><br>Sentencing Hearing:<br>Date: April 7, 2025<br>Time: 2:30 p.m.<br>Judge: Honorable J. Michael Seabright |

**GOVERNMENT'S SENTENCING STATEMENT**

The United States has no substantive objections, clarifications, or additions to the Draft Presentence Investigation Report (1) of Defendant Edward Caspino (Dkt. No. 124) in the above-captioned case.

DATED: March 6, 2025, Honolulu, Hawaii.

Respectfully Submitted,

KENNETH M. SORENSON
Acting United States Attorney
District of Hawaii


By /s/ Michael F. Albanese
  MICHAEL F. ALBANESE
  Assistant U.S. Attorney

## **CERTIFICATE OF SERVICE**

I hereby certify that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

<u>Served via E-Mail</u>:

    William Harrison, Esq.
    Attorney for Defendant
    Edward Caspino

    Cheyenne McKee
    U.S. Probation Officer

    DATED:   March 6, 2025, Honolulu, Hawaii.

                                        <u>/s/ *Rowena Kang*</u>
                                        U.S. Attorney's Office
                                        District of Hawaii