HARRISON LAW CENTER, ALC

WILLIAM A. HARRISON  #2948
American Savings Bank Tower
1001 Bishop Street, Suite 2828
Honolulu, Hawaii 96813
Telephone Number: (808) 523-7041
Facsimile Number: (808) 538-7579
E-mail: william@harrisonlawcenter.com

Attorney for Defendant
EDWARD CASPINO

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. 23-00086-JMS-01 |
|---|---|
| Plaintiff, | ) CR. NO. 23-00091-JMS-01 |
| | ) |
| vs. | ) DEFENDANT EDWARD CASPINO'S |
| | ) SUBMISSION OF SUPPORT LETTERS |
| EDWARD CASPINO, | ) FOR SENTENCING; CERTIFICATE OF |
| | ) SERVICE |
| Defendant. | ) |
| | ) **SENTENCING DATE:** |
| | ) Date:     April 11, 2025 |
| | ) Time:    10:00 a.m. |
| | ) Judge:   Hon. J. Michael Seabright |

**DEFENDANT EDWARD CASPINO'S
SUBMISSION OF SUPPORT LETTERS FOR SENTENCING**

Defendant EDWARD CASPINO, by and through his Attorney, William A. Harrison, Esq., hereby submits support letters from the following:

1. Caspino, Kerilyn
2. Caspino, Miki-Amaya

3. Hanohano, ʻAnolani
4. Keliinoi, Jr., William
5. Keliinoi, Shirreen
6. Keliinoi-Taylor, Kiara-Lee
7. Kepoʻo-Caspino, Jayden Kamaliʻipokaikaʻimaikalani
8. Muraoka, Christopher
9. Peterson, Desmond A.
10. Poomaihealani, Roxanne

DATED: Honolulu, Hawaii, April 7, 2025.

HARRISON LAW CENTER, ALC

/s/ William A. Harrison
WILLIAM A. HARRISON
Attorney for Defendant
EDWARD CASPINO



Kerilyn Caspino

04/03/2025

Honorable J. Michael Seabright
Senior Judge
United States District Court
300 Ala Moana Boulevard
Honolulu, Hi 96850

Dear Judge Seabright,

I am writing to you in support of my husband, Edward Caspino, in regard to his cases currently before you. I am Kerilyn Caspino, we have been in a committed relationship for 7 years, married for the last 2 years. we have 6 children all together 5 that currently reside with me. I understand the seriousness of his situation and want to provide you with a glimpse into the kind of person he is, beyond the legal proceedings.

My husband has played a pivotal role in raising and caring for all his children and step children. prior to us coming together, he selflessly and lovingly took on the responsibility of caring for three of his children on his own with support of his family, ensuring they had everything they needed emotionally, physically, and financially. He is a father who is always there for his children, whether it's helping them with their schoolwork, attending their events, or simply being a strong presence in their lives.

Our home was never for just our children, we have always had young adults or even adult friends and family in need that have lived with us, a lot of them coming to Edward asking for somewhere to live, something to eat, or clothes to wear. a lot of the time my husband walked around with worn out clothes and shoes due to him giving whatever nice things he had away to the ones who were in need.

Edward was not one to go around and boast about the good things that he does for everyone. Thanksgiving of 2018 we prepared a kalua pig and went down the coast of Waianae to feed the houseless. This is just one example of the many good things he has done for others.

I know Edward has made mistakes and there is no excuses for the things that he has done, He was always one who took pride in having all his kids and taking care of his family, now having time to reflect on his poor decisions he realized he has hurt us more than anything and failed us in many ways. he shows deep regret for the wrong that he has done and remorse for all that was affected by his actions. He has asked for forgiveness and made promises to me and his children to never put us into this situation again. I truly believe he is genuine.

Thank you for your time and consideration of this letter. I sincerely hope that this helps to provide a broader understanding of my husband's character, and I trust that you will make a fair and just decision in his case.

Sincerely,

Kerilyn Caspino

March 29, 2025

Honorable J. Michael Seabright
Senior Judge
United States District Court
300 Ala Moana Boulevard
Honolulu, Hi 96850

Dear Judge Seabright,

My name is Miki-Amaya Caspino. I am 13 years old my birthday is on October, 31 2011. I am writing this letter to talk about my dad Edward Caspino. The one who has been there with me through everything, he stuck by me and my sibling side from baby days. one thing about my dad is even if he had nothing he gave what he could. that was very special to me.

My dad always tried his hardest for us always provide for us. A lot of people talk about my dad now in a bad away i don't understand why people talk bad about him but to me he's the person who would push me to do better at everything. He teaches me right and wrongs like vaping, skipping school, how to be respectful, don't be disrespectful, having responsibilities looking out for myself and being humble.

In my heart my dad is a good person who made a mistake, i feel like my dad deserves another chance so he can come home to his family and we can continue to do family events like we used to like fishing, hunting, family gatherings. my dad has always been there to support me I know he wants to be the best dad he can be, when my dad is home it feels like everything is better, and i hope we can have that again.

I understand that what happens from here is up to you. I hope my dad can make it to my graduation or to be there in my important parts of my life. these kind of things wont happen again and i wont get a chance to do it over again so I don't want him to miss it. out of all my real siblings I'm his only girl and my dad is my protector.

I hope to see him soon I hope my letter touches your heart and you see how much my dad means to me. thank you for your time for reading my letter, I hope you understand where I am coming from.

Sincerely, *Miki-Amaya Caspino*

Miki Amaya Caspino



March 4, 2025

Honorable Judge J. Michael Seabright
Senior Judge of The
United States District Court
300 Ala Moana Boulevard
Honolulu, HI 96850

Re: Sentencing of Edward Caspino

Dear Judge Seabright,

    My name is 'Anolani Hanohano, and I work for the State of Hawaii in the Department of Health agency. I currently reside in the Kanehili Hawaiian Homestead and served four years as President for our Board of Directors overseeing the development of the Ka Makana Alii Shopping Center. I've also served as a Board Director for the Kapolei Community Development Corporation working to build partnerships with developers, grant writers, and legislature to develop what is now called the Ho'omaka Shopping Center. I met Edward in 2012 during my grass-root campaigning with local developers soliciting support for my homestead.

    Providing local jobs for local families was my top priority, and Edward believed in my goal. He was able to provide great networking with various local companies to utilize during the beginning of the construction phase. His give-back attitude to the community was of great contribution. Because of Edward I was able to show dedicated local workers to the Debartolo Corporation & Hawaiian Homelands. This in hand fulfilled my goal of providing work to our local families in Hawaii.

    His strong family values to his wife and children are to be admired. Getting to know them on a personal level, I have seen his undivided love for his wife, and great admiration for his children. Being a parent of four myself, I can see the love they have for all their children and have taken great care of all of them.

    I do believe that Edward is remorseful and learned his lesson for his actions and has accepted what his wrong doings are which shows that he is accountable. I hope that you find compassion for his children and wife during this time.


Thank you,

*'Anolani Hanohano*
'Anolani Hanohano



April 1, 2025

Honorable J. Michael Seabright
Senior Judge
United States District Court
300 Ala Moana Boulevard
Honolulu, Hi 96850

Dear Judge Seabright,

My name is William Keliinoi Jr. Im the oldest full-blooded brother to Kerilyn Caspino (Edward Caspino's Wife). I myself being a father and ex-convict, I understand the cost for making the sometimes easy yet wrong choices. I have known Edward since 2017.

Giving great attention to my sisters well being, I have observed closely the type of man my sister decided to bring into our family. Simply put, A man who provides and protects his family. The choices Edward made was far from responsible and there's no excuses and Edward being the man he is accepts the consequences for his choices. Edward is one of the few men I know who values his word. some words I knew to be true consist of building a profitable hog farm and possibly a trucking company.

I own a small pick up truck for my welding business, and Edward once offered me a bigger spare truck he had in return for some small welding on a hog enclosure I did. I respectfully declined, but genuinely appreciated his generosity.

The respect Edward receives is from the countless people he has helped throughout the years. in my opinion, regardless of your mistakes he would give you a meal and even a home. Through the rigidness lives a good man, A good man of his word.

Speaking from experience, every second away from his family is far worst than any prison and I hear the conviction in Edwards voice when he says he's ready to do better. for the grace that I know lives in Edward, I humbly ask for any bit of grace for my brother.

He is reminded often of his word to do better and we will forever hold him to those words. Thank you very much for your time.

Sincerely,

*[signature]*

William Keliinoi Jr.



April 1, 2025

Honorable J. Michael Seabright
Senior Judge
United States District Court
300 Ala Moana Boulevard
Honolulu, Hi 96850

Aloha Judge Seabright,

My name is Shirreen Keliinoi. I am an older sibling of Kerilyn Caspino, the wife of Edward Caspino. I have been working in Early Childhood Education for the last 14 years, raised my three children on my own and managed to send 2 of my children off to college to earn bachelors degrees. I met Edward in 2018. i will speak on the experiences and interactions I have had with Edward and his two youngest sons Axel (6) and Enzo (4).

I got to know Edward as a father when Axel was diagnosed with ODD-Oppositional defiant disorder. Edward insisted that Axel do not use any medications and to find alternatives to help with his behaviors. Edward wondered if it was beneficial to monitor Axel and his diet. Although it is hard, it has become a family task to check for red 40 in foods we consume. Axel now limits his sugar intake and often asks "this get red 40"?. Edwards dedication and persistence to help Axel has been a blessing. It started with Axel and now me and my family read labels and stay away from foods with Red 40 dye.

Since Edwards incarceration, i have been helping my sister with the kids. We would often shop at Costco and have a cheap meal. Enzo said "we have to buy a pizza and soda for the man outside and i can give him my hot dog too and my one dollar." Enzo made sure we brought food for the homeless man who was sitting near the stoplight when we pulled in. Upon leaving, Enzo gave the homeless man the food and said "God bless you. Jesus loves you, amen!" he then put his hands together in a praying manner and said "Jesus thank you for everything and bring my Daddy home. Amen" His actions that day drew tears from my eyes. it was the first time I witnessed it. When asked where did he learn it from, he said "My daddy always do that." This innocent moment he shared with me, has my daughter and I often scrambling and to look in our wallets or the around the car for spare dollar bills or coins to give those who need help.

Edward has made mistakes and done things that I am not proud of. He has also done things that have a positive impact on others including myself. I thank you for your time and appreciate the hard work and decisions you make. I look forward to the days Edward can rejoin his family and begin making precious memories. May you have a blessed day.

Mahalo Nui,

Shirreen Keliinoi

April 1, 2025

Honorable J. Michael Seabright
Senior Judge
United States District Court
300 Ala Moana Boulevard
Honolulu, Hi 96850

Dear Judge Seabright,

My name is Kiara-Lee Keliinoi-Taylor, I am writing this letter for my Step-Dad Edward Caspino. I just wanted to let you know how much he means to me. Uncle Eddie came into my life when i was only 8 years old. He always treated me like I was his own kid and never made me feel left out.

Uncle Eddie would always do so much for me and my siblings. I have so much good memories with him. He would always take me and my siblings to school , fishing and hunting sometimes . We also loved to watch movies as a family when he would get home from work.

Uncle Eddie always kept us safe, every time we would get into the car he made sure we buckled our seatbelt and told my mom to make sure she drives safely because we are to precious. My siblings and i weren't allowed to go places with just anyone. He protected us and I truly felt safe when he was around. Since uncle Eddie has been gone it has been so hard on me with school and just everyday life.

I know my uncle Eddie made mistakes, and I know there is consequences for his choices and actions, but I think everyone deserves a second chance. I ask that you please give my uncle another chance to come home soon. I visit him at prison and he always tells us how sorry he is for what he has done to us and everything that he has put us through and that he promises to make things right when he comes home. Thank you for taking the time to read my letter.

Sincerely,

*Kiara*

Kiara-Lee Keliinoi-Taylor

Aloha e Judge,

I write to you with deep sincerity and aloha as you consider the sentencing of my uncle, Eddie Caspino. This letter comes from a place of love, lived experience, and a genuine desire to speak to the kind of man Uncle Eddie has always been — a man defined by his selflessness, devotion to his family, and generosity of spirit.

Uncle Eddie has been the backbone of our Caspino ʻOhana. No matter the circumstances, he made sure each of us — his children, his nephews and nieces, his siblings — were cared for, supported, and never left behind. Whether it was a word of encouragement, a ride to school, help with bills, or a warm meal, Uncle Eddie showed up without hesitation. He gave of himself fully, even when he had little to give.

Personally, I owe much of my own path to his support. He believed in me and my future, encouraging me to pursue higher education and helping make opportunities like school and travel possible. His belief in me helped me believe in myself. That kind of support is rare — and it leaves a lifelong impact.

As a father, Uncle Eddie has shown a level of care and commitment that is deeply admirable. He has worked tirelessly to ensure his children have access to the education, resources, and tools they need to thrive. He has led with love, discipline, humility, and hope — always putting their needs above his own.

One of the most important lessons Uncle Eddie has passed on to all of us is the importance of taking care of one another, even when things get hard or relationships are strained. He has reminded us, time and again, that ʻohana is everything — and he has lived that truth every day.

I humbly ask that you take these words into account as you consider his case. Uncle Eddie is not just a member of our family — he is a cornerstone of it. His absence would leave a painful void, not just in our lives but in the hearts of those he has lifted and loved.


Me ke aloha,
Jayden Kamaliʻipomaikaʻimaikalani Kepoʻo-Caspino

**Harrison Law Center**

**William A Harrison**



To Whom It May Concern,

I am writing this letter in full support of my longtime friend, Edward Caspino. Ed and I have been friends since our days at Makaha Elementary School, growing up in Waianae. Throughout the years, I have known him as a loyal, caring, and dedicated individual.

While Ed has faced challenges in the past, he has worked hard to rebuild his life. Since his release, he has focused on being a responsible father, a loving uncle, and a dependable friend. He has reconnected with his sons and has a stable and supportive relationship, strengthening his commitment to making positive choices.

I can personally attest to Ed's growth and character. I trust him completely, even with my children, and have never had any reason to question his integrity or intentions. It is often too easy to blame those with a criminal record when issues arise, but I strongly believe that Ed deserves to move forward and continue his progress.

I hope you will consider this letter as a testament to the person Ed has become. I fully support him in his efforts to resolve this situation and sincerely ask that he be given the opportunity to continue on the path of being the great father, friend, and community member he has worked so hard to become.

Sincerely,
Christopher Muraoka

**March 06, 2025**

**The Honorable**

**Metropolis District Court**

Dear **Honorable Judge**,

   I am writing this letter to provide a character reference for Mr. Edward Caspino who is scheduled to appear before you in court. My name is **Desmond A Peterson** I have known Edward for 40 years. I am a retired United States Senior Chief Petty Officer of the US Navy. Currently I am working as an equipment operator with American Civil Constructors. In my capacity as his friend we have grown up together and went from boys to men . Throughout our time growing up together, we had worked on a dairy farm learning values and developing a strong work ethic. We both developed a passion for hunting and a connection to our island.

   Edward has experienced some challenges in his life and accepted responsibility for the mistakes that he has made. He has always been a hard worker and a loyal subject to his family.  He has been a provider for his family and a loving father to his children.  He has always been a strong leader in his family and in our community.  As he separated  from the mother of his children he had took full custody of them and raised them as a single parent. He has always provided a stable atmosphere for not only his children but other members of his family. Before being incarcerated he held down a steady job working in construction. He also started a small family business in agriculture to help support multiple members of his family.

    Recently Edward has got  married to his wife Kari and they have developed a beautiful family together. Edward is very close to his children and I know that they miss his presence every day. when not at work he spent most of his time with his family as they were his first priority. He has addressed to me multiple times that he wants to provide his family with everything that he could and that he loves his family with all of his heart. He has always been a great friend to me and has always been there when I needed him.

I know that he is remorseful about the mistakes that he has made in the past. He has demonstrated to be a good father and a productive citizen in this community. I know that if given the chance he would prove to be an even better father and citizen in this community because of how much his family means to him.

Your Honor, I hope that you will consider my assessment of Edward's character during your deliberations. I sincerely believe that Edward deserves every opportunity for leniency and the chance to continue making a positive impact on those around him. Thank you for your time and consideration. Please feel free to contact me via email at  should you require any additional information.

Respectfully,

**Desmond A Peterson**

Dear Honorable Judge,

My name is Roxanne Poomaihealani, I am the General for PCE that repairs US Navy vessels that are fit to fight our daily warfare missions. I have been committed to this career for the past 27 years and present.

I am writing to you as a longtime family friend of Edward Caspino, whom I have known since we were children on the dairy lands. Edward has always been a good person and hardworking, demonstrating kindness and respect in every aspect. Being a part of some of the children on the land I witness the hardwork that comes with preparing for business. Edward was always a part of the positive contributions that ran the dairy business for our families. In our adult years I have watch him carry those traits with him consistently. He helped the community by taking young people hunting and fishing and sharing the catch with neighbors and families. They created amazing dishes and learned to be self-sustainable.

Although he has made some mistakes along the way, I understand the gravity of the situation. I believe that he has potential for rehabilitation. He appears to be remorseful for his actions.

Edward has been a devoted husband and father, always prioritizing the well-being of his family. He has shown immense commitment to his wife by supporting her through various challenges, ensuring a stable and loving environment at home. His children have benefited greatly from his dedication, as he actively participates in their education and extracurricular activities, fostering their growth and development. Edward's positive actions and deep commitment to his family have been a constant source of inspiration to those who know him.

To take all this away for potential years could impact Edward and his family. I understand that consequences are fit for his mistakes, but I kindly ask for mercy and leniency when considering his sentencing. I believe rehabilitation would be a great resource to continue his positive change and allow him to provide for his family physically, mentally, and spiritually.

Sincerely,

*R. Poomaihealani*

Roxanne Poomaihealani

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 23-00086-JMS-01 |
| | ) | CR. NO. 23-00091-JMS-01 |
| Plaintiff, | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| vs. | ) | |
| | ) | |
| EDWARD CASPINO, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certify that, a true and correct copy of the foregoing was served electronically through CM/ECF on the following at their last known addresses:

MICHAEL F. ALBANESE, ESQ.              michael.albanese@usdoj.gov
SYDNEY SPECTOR, ESQ.                    sydney.spector@usdoj.gov
Assistant U.S. Attorneys
300 Ala Moana Boulevard, Room 6-100
Honolulu, HI  96850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

CHEYENNE MCKEE                              cheyenne_mckee@hip.uscourts.gov
U.S. Probation Officer Assistant
United States Probation Office
300 Ala Moana Boulevard, Room 2-300
Honolulu, HI  96850

3

DATED: Honolulu, Hawaii, April 7, 2025.

                                        HARRISON LAW CENTER, ALC

                                        /s/ William A. Harrison
                                        WILLIAM A. HARRISON
                                        Attorney for Defendant
                                        EDWARD CASPINO